**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6642**

_____

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

      v.

CATHY LEE JONES, a/k/a Gook, a/k/a Duck,

                Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (2:02-cr-00178-RAJ-JEB-13)

_____

Submitted: August 16, 2012      Decided: September 7, 2012

_____

Before DUNCAN, DAVIS, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Cathy Lee Jones, Appellant Pro Se. Darryl James Mitchell, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cathy Lee Jones appeals the district court's order denying her 18 U.S.C. § 3582(c)(2) (2006) motion for a reduction in sentence.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Jones, No. 2:02-cr-00178-RAJ-JEB-13 (E.D. Va. Mar. 13, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] To the extent Jones challenges on appeal the factual basis for her conviction and sentence, such claims are not properly raised in a § 3582(c)(2) motion. See 18 U.S.C. § 3582(c) (noting valid grounds for granting a sentence reduction); USSG § 1B1.10 (same); United States v. Stewart, 595 F.3d 197, 201 (4th Cir. 2010) (noting that a § 3582(c)(2) proceeding is "not considered a full resentencing by the court").